**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT of CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JOSE LUIS GARCIA VILLA,<br><br>   Defendant | Case No.: Case No.1:12-CR-00184AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, JOSE LUIS GARCIA VILLA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Status Conference currently set for Monday, May 13, 2013 be continued to Monday June 3, 2013.

   I am scheduled to be out of the state from May 10, 2013 through May 15, 2013 to attend my daughters' graduation.  I have spoken to AUSA Karen Escobar, and she has no objection to continuing the Status Conference.

   The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

//

//

Summary of Pleading - 1

**IT IS SO STIPULATED.**

|  | Respectfully Submitted, |
|---|---|
| DATED: May 9, 2013 | */s/ David A Torres*<br>DAVID A. TORRES<br>Attorney for Defendant<br>JOSE LUIS GARCIA VILLA |
| DATED: May 9, 2013 | */s/Karen Escobar*<br>KAREN ESCOBAR<br>Assistant U.S. Attorney |

## ORDER

The Status Conference hearing be continued to June 3, 2013 – is hereby Ordered DENIED.

IT IS SO ORDERED.

Dated:   **May 9, 2013**                      /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE