BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>       v.<br><br>JOSE LUIS GARCIA VILLA,<br><br>                        Defendant. | CASE NO.  Cr  1:12-cr-00184 AWI-BAM<br><br>STIPULATION REGARDING ADVANCEMENT; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for a status conference on June 23, 2014, before U.S. Magistrate Judge Barbara A. McAuliffe.

2.     By this stipulation, the parties agree to advance the matter for a change of plea before Senior U.S. District Judge Anthony W. Ishii on Tuesday, May 27, 2014, at 10 a.m.

////

////

////

////

1

IT IS SO STIPULATED.

DATED:     May 20, 2014.          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/ Karen A. Escobar
                                  KAREN A. ESCOBAR
                                  Assistant United States Attorney


DATED:     May 20, 2014.

                                  /s/ David Torres
                                  DAVID TORRES
                                  Counsel for Defendant


**O R D E R**

IT IS SO ORDERED.

Dated:   May 20, 2014                _____
                                     SENIOR  DISTRICT  JUDGE