**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JOSE LUIS GARCIA VILLA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JOSE LUIS GARCIA VILLA,<br><br>        Defendant | ) Case No.: Case No. 12-CR-00184 AWI<br>)<br>)<br>) **STIPULATION AND ORDER TO**<br>) **ADVANCE SENTENCING HEARING**<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, JOSE LUIS GARCIA VILLA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, August 4, 2014 be advanced to Monday, July 28, 2014.

   AUSA Karen Escobar and I are ready to proceed with sentencing. I have spoken to AUSA Karen Escobar, and she has no objection to continuing the sentencing hearing.

   **IT IS SO STIPULATED.**

Summary of Pleading - 1

|   |   |
|---|---|
|   | Respectfully Submitted, |
| DATED: July 23, 2014 | **/s/ David A Torres** |
|   | DAVID A. TORRES |
|   | Attorney for Defendant |
|   | Jose Luis Garcia Villa |
|   |   |
| DATED: July 23, 2014 | **/s/Karen Escobar** |
|   | KAREN ESCOBAR |
|   | Assistant U.S. Attorney |

## ORDER

**IT IS SO ORDERED** that the sentencing hearing be advanced to Monday, July 28, 2014.

IT IS SO ORDERED.

Dated:   July 24, 2014                              _____
                                                                  SENIOR  DISTRICT  JUDGE

Summary of Pleading - 2